[No. 2634-1.    Division One.    December 8, 1975.]

D. WESLEY BUTCHER, ET AL, *Appellants*, v. MAURICE WILLIAMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 712712, Nancy A. Holman, J., entered October 25, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Callow, J.